# **EXHIBIT A**

NEW YORK STATE SUPREME COURT
COUNTY OF NEW YORK

| | |
|---|---|
| NNETE MATIMA, | Index No. 163447/2025 |
| Plaintiff, | **AMENDED** |
| | **SUMMONS WITH NOTICE** |
| -against- | |
| | <u>JURY TRIAL DEMANDED</u> |
| ByteDance, Inc. (d/b/a TikTok), | Plaintiff designates New York County |
| | As the place of trial pursuant to CPLR 503 |
| Defendant. | |

TO THE ABOVE NAMED DEFENDANT:

**PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** and required to serve upon the attorneys for the Plaintiff, at the address stated below, a Notice of Appearance or demand for complaint within twenty (20) days after the service of this Summons with Notice, exclusive of the day of service, or within thirty (30) days after completion of service where service is made in any other manner than by personal delivery within the State of New York. Plaintiff designates New York County as the place of trial pursuant to CPLR 503(c).

The nature and object of this action is to obtain money damages, injunctive and declaratory relief for Plaintiff arising from the wrongful actions of the Defendant, including but not limited to: sexual harassment, hostile work environment and disparate treatment gender discrimination, hostile work environment and disparate treatment race discrimination, and retaliatory termination in violation of, *inter alia*, the New York State Human Rights Law, Executive Law §§ 209-301 *et seq*. ("NYSHRL") and the New York City Human Rights Law,

1

codified as Title 8 of the Administrative Code of the City of New York, § 8-107 *et. seq.* ("NYCHRL"). All of the wrongful acts and omissions committed by the Defendant were done knowingly and with an intent to harm Plaintiff and entitle Plaintiff to: (a) injunctive relief; (b) declaratory relief; (c) compensatory damages (including, without limitation, lost wages and emotional distress damages) in an amount to be determined at trial, but not less than $500,000.00; (d) attorneys' fees and costs incurred in this matter; (e) pre-and post judgment interest; (f) punitive damages and (g) such other and further relief as the Court may deem just and proper.

**YOU ARE HEREBY NOTIFIED** that on your failure to appear or answer, a judgment will be entered against you by default for the relief requested above plus interest at the rate prescribed by law.

Dated:   October 29, 2025
         New York, New York

*Matthew L. Berman*
_____
Matthew L. Berman
Valli Kane & Vagnini LLP
600 Old Country Road, Suite 519
Garden City, NY 11530
516-203-7180
mberman@vkvlawyers.com