UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NNETE MATIMA,

                                 Plaintiff,

                      -v-                                              25 Civ. 10213 (PAE)

BYTEDANCE, INC. *et al.*,                                             ORDER

                                 Defendants.

---

PAUL A. ENGELMAYER, District Judge:

On April 22, 2026, the Court received, by email, an "ex parte letter motion" (the "letter") from plaintiff Nnete Matima. The transmission email did not copy any other party or counsel in this matter, including Matima's own attorneys.[1] The letter, *inter alia*, criticizes her attorneys' conduct in this matter and describes ostensible communications between her and them. It also asks the Court, without elaboration or support, to grant Matima "summary judgment immediately." It is signed "Nnete Matima, pro se."

The Court hereby directs Matima and her counsel to confer forthwith. By May 1, 2026, Matima's counsel shall file a letter on the public docket of this case, stating, *inter alia*, whether (1) Matima intends to proceed *pro se* in this matter and (2) her counsel intend to move for leave to withdraw. For avoidance of doubt, Matima's attorneys remain counsel of record for her in this action, unless and until the Court orders otherwise.

---

[1] The Court will arrange for the letter to be filed under seal.

2

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 23, 2026
       New York, New York