UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NNETE MATIMA,

                            Plaintiff,

            -v-

BYTEDANCE, INC. *et al.*,

                            Defendants.

25 Civ. 10213 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 27, 2026, defendants Allen Adjamian and Ahmad Fayad each filed a motion to dismiss the First Amended Complaint under Federal Rule of Civil Procedure 12. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any Second Amended Complaint ("SAC") by May 29, 2026. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by June 26, 2026, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motions to dismiss.[1]

It is further ORDERED that if no SAC is filed, plaintiff shall serve any opposition to the motion to dismiss by May 29, 2026. Defendants' reply, if any, shall be served by June 12, 2026. At the time any reply is served, the moving party shall supply the Court with two courtesy copies

---

[1] If defendants file a new motion to dismiss or rely on their previous motions, plaintiff's opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 30, 2026
New York, New York

2