UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NNETE MATIMA,

Plaintiff,

-v-

BYTEDANCE INC, ALLEN ADJAMIAN, *and* AHMAD FAYAD,

Defendants.

25 Civ. 10213 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court today has denied the defense's motion to compel arbitration, and set a deadline of September 25, 2026, for plaintiff Nnete Matima's opposition to the pending motions to dismiss. The Court is mindful, however, that, on May 6, 2026, Valli Kane & Vagnini LLP (the "Firm") filed a motion to withdraw as Matima's counsel, Dkts. 40, 41, the briefing on which, on May 11, 2026, this Court suspended, pending resolution of the motions to compel arbitration. Dkt. 44. The Court directs the Firm to notify the Court, in a filing on the docket of this case due **September 18, 2026**, whether it maintains its motion to withdraw. To the extent that the Firm wishes to amplify, it is authorized to supplement that filing by submitting a sealed submission the same day. The Firm is to serve these filings forthwith on Matima, and to file a letter on the docket of this case attesting to the timing and means of this service.

The Court gives Matima, in the event that the Firm states that it still intends to withdraw, until **September 25, 2026,** to file a response to the motion to withdraw. To assure that Matima's response is filed under seal and not accessible to defense counsel, she is to furnish her response to plaintiff's counsel, who are to file her response under seal. The Court will resolve the motion to withdraw promptly.

In the event the Firm maintains its motion to withdraw, the Court will suspend *sine die* the deadline for an opposition to the motion to dismiss and all other litigation in this case. Upon the resolution of the motion to withdraw, the Court will set a new deadline for that opposition.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 11, 2026
New York, New York