UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NNETE MATIMA,

Plaintiff,

-v-

BYTEDANCE INC. *et al.*,

Defendants.

25 Civ. 10213 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiff's opposition to Valli Kane & Vagnini LLP's ("Valli Kane") motion to withdraw as counsel. Dkt. 57. In accordance with Local Civil Rule 6.1(b)(3), Valli Kane's reply is due October 1, 2026. Counsel is directed to file its reply under seal.

The Court has also received defendant Allen Adjamian's motion for reconsideration. Dkt. 58. Litigation is currently suspended in this case, pending resolution of the representation issue concerning plaintiff. *See* Dkt. 52. The Court will set a deadline for plaintiff's response to Adjamian's motion after it resolves the motion to withdraw.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: September 28, 2026
New York, New York