UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NNETE MATIMA,

Plaintiff,

-v-

BYTEDANCE *et al.*,

Defendants.

25 Civ. 10213 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Plaintiff, Nnete Matima, who is no proceeding pro se, has moved for leave to proceed in forma pauperis. Dkt. 67. Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 8, 2026
New York, New York