Valli Kane & Vagnini

EMPLOYEE RIGHTS ATTORNEYS

600 Old Country Road
Suite 519
Garden City, NY 11530

Tel: (516) 203-7180
Fax: (516) 706-0248
www.vkvlawyers.com

October 9, 2026

**VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square, Courtroom 1305
New York, New York 10007

**Re:** *Matima v. ByteDance Inc., et al., 1:25-cv-10213-PAE*

Your Honor:

We write at the request of Plaintiff Nnete Matima, for whom Valli Kane & Vagnini LLP (the "Firm") remains counsel for the limited purpose stated in the Court's October 5, 2026 Order (ECF No. 64). Since that Order, Ms. Matima has filed, through the Pro Se Office, a consent to receive electronic service (ECF No. 66, filed October 6, 2026), a request to proceed *in forma pauperis* (ECF No. 67, filed October 8, 2026), and a second consent to receive electronic service (ECF No. 68, filed October 8, 2026).

Ms. Matima advises that each of these filings displays her home address and telephone number, and the *in forma pauperis* request (ECF No. 67) also sets out her individual financial information. She does not want that information on the public docket. The Court has since granted the *in forma pauperis* request (ECF No. 70). The relief requested here concerns only public access to ECF No. 67 and would not disturb that Order.

Paragraph 4.B.1 of the Court's Individual Rules, which refers the parties to Federal Rule of Civil Procedure 5.2 and the District's ECF Privacy Policy, directs that a home address be limited to the city and state and identifies individual financial information as information requiring caution. Rule 5.2(e) also permits the Court, for good cause, to limit or prohibit a nonparty's remote electronic access to a filed document. The filings at issue are administrative forms that play no role in the Court's adjudication of the merits, *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006), and the October 5 Order calls for Ms. Matima's email address, not her home address or telephone number, to appear on the public docket.

Ms. Matima therefore respectfully requests that the Court (1) direct the Clerk of Court to restrict ECF Nos. 66, 67, and 68 so that they may be viewed only by the Court and the parties, and (2) permit her to refile her consent to receive electronic service showing only her email address and her city and state.

A copy of this letter is being served on Ms. Matima by email. We thank the Court for its consideration.

Respectfully submitted,

**VALLI KANE & VAGNINI LLP**

Matthew L. Berman

Matthew L. Berman
mberman@vkvlawyers.com

cc: All counsel of record (via ECF); Ms. Nnete Matima (via email)

GRANTED. The Court respectfully directs the Clerk of Court to seal dockets 66, 67, and 68. The Court directs Nnete Matima to refile her consent to receive electronic service with only her email address, city, and state.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: October 13, 2026
New York, New York