**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NNETE MATIMA,

Plaintiff,

-against-

ByteDance Inc., Allen Adjamian, and Ahmad Fayad,

Defendants.

Case No. 1:25-cv-10213-PAE

**MOTION TO CERTIFY DEFENDANTS' APPEALS (Nos. 26-2878, 26-2892, and 26-2898) AS FRIVOLOUS**

Clerk of the Court
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007
212-805-0268

October 21, 2026

Dear Clerk of the Court:

I, Nnete Matima, Plaintiff (pro se) acting in forma pauperis, request that the Court maintain its jurisdiction by certifying defendants Bytedance's, Adjamian's and Fayad's appeals as frivolous and dilatory.

The Court has already dismissed defendants' baseless attempts to coerce me into arbitration based upon the legally sound application of The Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act of 2021 (H.R. 4445) as well as pertinent case law.

Additionally, ALL of my claims brought forth in this case fall within the Statute of Limitations and constitute CONTINUING violations of the law.

The defendants' attempts to delay this long delayed case from proceeding to trial are based on toothless shams. Furthermore, the defendants' appeals lack any legal merit and are transparent stall tactics.

Defendants erroneously argue that filing their appeals triggers an automatic stay citing *Coinbase, Inc. v. Bielski, 599 U.S. 736, 744 (2023)* in *footnote 2* of their Notices of Appeal. However, defendants' appeals are filed **purely** for the improper purpose of delaying trial and increasing costs. These frivolous and dilatory grounds do not fall within the scope of *Coinbase* whatsoever. Therefore, a stay is completely unwarranted.

I hereby urge the Court to certify the above mentioned appeals as frivolous and that the Court retain jurisdiction of this case.

Respectfully Submitted,

*/s/ Nnete Matima* ________, *pro se*

Nnete Matima

nnetematima@gmail.com

The Court denies the motion. Plaintiff's challenge to defendants' appeal is properly directed not to this Court, but to the Court of Appeals.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: October 22, 2026
New York, New York