UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NNETE MATIMA,

Plaintiff,

-v-

BYTEDANCE INC. *et al.*,

Defendants.

25 Civ. 10213 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 25, 2026, defendant Allen Adjamian filed a motion for reconsideration. Dkt. 58. Plaintiff Matima's opposition is due Friday, November 13th, 2026. Adjamian's reply is due Friday, November 20th, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 6, 2026
New York, New York